# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA STOCK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>FIRSTMARK SERVICES,<br><br>Defendant. | Case No.: CV18-1363 CJC (KESx)<br><br>ORDER<br><br>HON. CORMAC J. CARNEY |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Plaintiff's claims to be dismissed with prejudice and the claims of the putative class members to be dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 8, 2019

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE